IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 18-cv-1749-SMY-RJD |
| CHARLES D. MALLET and ARRON R. MALLET, | ) |
|     Defendants. | ) |

## ORDER

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion for Order for Service by Publication (Doc. 7). The United States initiated this foreclosure action on September 21, 2018 (Doc. 1). On December 19, 2018, the United States moved the Court to enter an order for service by newspaper publication pursuant to 28 U.S.C. § 1655, which authorizes courts to order absent defendants to appear in actions for the enforcement of liens. When personal service is not practicable, the statute also allows plaintiffs to serve the order by publication. 28 U.S.C. § 1655. The plaintiff must publish the order for a minimum of six consecutive weeks before such service shall be deemed valid. *Id.* If the absent defendants do not appear in a timely manner, the action may proceed but can "affect only the property which is the subject of the action." *Id.*

The United States has submitted an affidavit which attests that after due diligence, its Counsel cannot locate the residence of Defendants Charles D. Mallet and Arron R. Mallet, mortgagors on the real property at issue (Doc. 7-1). On this basis, the Court finds that personal service is not practicable on Defendants Charles D. Mallet and Arron R. Mallet.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Service by Publication (Doc. 7) is **GRANTED**. Plaintiff shall publish this Order in a newspaper of general circulation in the county wherein the property is located for not less than once per week for six consecutive weeks. Defendants Charles D. Mallet and Arron R. Mallet are **ORDERED** to enter an appearance in this case within thirty days after the final publication of this Order.

**IT IS SO ORDERED.**

**DATED: February 15, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**