**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 18-CV-1749-SMY-RJD** |
| | ) | |
| **CHARLES D. MALLETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

On August 29, 2019, a Judgment Decree and Order Directing Sale of Mortgaged Property was entered directing the foreclosure sale of 404 South 18th Street, Herrin, Illinois 62948 (Doc. 18). The sale was conducted on December 4, 2019 after appropriate publication of Notice and the property was sold to Chad Kuebler (Doc. 20). The United States Marshal issued a Report of Sale on December 20, 2019 (Doc. 20). A Decree Confirming Report of Sale was issued by this Court on January 24, 2020 (Doc. 21) but was stricken by the Clerk of Court because it was not dated (Doc. 22). A dated Decree Confirming Report of Sale was not filed until February 28, 2020 (Doc. 24).

Now pending before the Court is Plaintiff United States of America's Motion for Order to Eject (Doc. 23). The Judgment Decree and Order provides:

> IT IS FURTHER ORDERED, ADJUDGED, AND DECREED from the date of entry of this judgment of foreclosure through the 30th day after a foreclosure sale conducted pursuant to this judgment is confirmed by this Court, the mortgagor shall be entitled to retain possession of the above-described real estate. After the 30th day said foreclosure sale is confirmed, the holder of the certificate of sale shall be entitled to immediate possession of the real estate upon payment of the sale purchase price, without notice to any party or further order of the Court. The mortgagors shall peaceably surrender possession of said property to said certificate

holder immediately upon expiration of the said 30-day time period. In default of mortgagor so doing, an order of ejectment shall issue.

(Doc. 18, p. 6).  Because a dated Decree Confirming Report of Sale was not filed until February 28, 2020 (Doc. 24), Plaintiff may not seek ejectment until March 19, 2020.  Accordingly, the Motion for Order to Eject is **TAKEN UNDER ADVISEMENT**.  **The Court will enter an order on the Motion on March 19, 2020 unless it is withdrawn prior to that date.**

**IT IS SO ORDERED.**

**DATED:  March 3, 2020**

**STACI M. YANDLE**
**United States District Judge**